1  LARA R. SHAPIRO (State Bar No. 227194)
2  4145 Via Marina # 324
   Marina del Rey, CA 90292
3  Telephone:  (310) 577-0870
4  Facsimile:  (424) 228-5351

5  *Of Counsel to*
6  Lemberg & Associates LLC
   A Connecticut Law Firm
7  1100 Summer Street
8  Stamford, CT  06905
   Telephone:  (203) 653-2250
9  Facsimile:  (203) 653-3424

10
   Attorneys for Plaintiff,
11 Salvatore Alioto

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16
   Salvatore Alioto,                          Case No.: 11-cv-0405-MEJ
17
                   Plaintiff,                 **VOLUNTARY WITHDRAWAL**
18
19      vs.

20
   First Integral Recovery, LLC; and DOES
21 1-10, inclusive,

22
                   Defendants.
23

24

25

26

27

28

---

11-cv-0405-MEJ                                              VOLUNTARY WITHDRAWAL

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Salvatore Alioto ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff
 /s/ Lara Shapiro

LARA SHAPIRO
Attorney for Plaintiff



IT IS SO ORDERED:

_____

Honorable _____